# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0182. JAMES ERIC JEFFARES v. TRACY ALVORD, EXECUTIVE DIRECTOR.

Prisoner James Eric Jeffares sought to file a mandamus petition in forma pauperis. The trial court denied Jeffares' request on the basis that his pleading showed an absence of any justiciable issue. Jeffares filed this application for discretionary appeal from the trial court's ruling. On November 16, 2018, we ordered Jeffares to supplement his application within ten days with a stamped "filed" copy of the order to be appealed. Jeffares has not complied with our order.

Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1] See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because Jeffares has not submitted a stamped "filed" copy of the trial court's order,

---

[1] Although the order included with the application does not contain a stamped "filed" date, it was signed by the judge on September 13, 2018. Based on that date, the application is untimely.

and because more than ten days have passed since our November 16, 2018, order, Jeffares' application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __12/06/2018__
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*